

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00840-CR

Fernando Lerma **TREVINO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 08-03-0110-CRA
Honorable Fred Shannon, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 16, 2014.

_____
Rebeca C. Martinez, Justice